IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No.:

LINDA KLEWINOWSKI,

    Plaintiff,

v.

NORTH AMERICAN CREDIT
SERVICES, INC.,

    Defendant
_____/

IN THE CIRCUIT COURT OF THE 6TH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
SMALL CLAIMS

LINDA KLEWINOWSKI,

    Plaintiff,                       Case No.: **2013-0620-SC**

v.

NORTH AMERICAN CREDIT
SERVICES, INC.,

    Defendant.
_____/

## PETITION FOR REMOVAL

**TO:**    The Honorable Judges of the United States District Court for the Middle District of Florida:

COMES NOW, Defendant and Petitioner for removal, North American Credit Services, Inc., and with reservation of all rights, hereby removes from the County Court for Pinellas County, Florida, the proceeding entitled and captioned: <u>Linda Klweinowski.v. North American Credit Services, Inc.</u>, Case No. **2013-0620-SC**, on the basis of federal question jurisdiction.

The Petition is based on the following grounds:

1. Defendant/Petitioner, has been named as a Defendant in a civil action filed in the County Civil Court in and for Pinellas County Florida, : <u>Linda Klweinowski.v. North American Credit Services, Inc.</u>, Case No. **2013-0620-SC**. A copy of the Summons and Complaint in this action, are attached hereto as Composite Exhibit "A".

2. The aforesaid action was commenced by service of process consisting of the Summons and Complaint, upon the Defendant/Petitioner on February 7, 2013.

3. The controversy herein between the Plaintiff and Defendant/Petitioner is a controversy based upon consumer protection rights created by and enforced through federal statute, 15 U.S.C. §1692a, *et seq.*, entitled the Fair Debt Collection Practices Act.

4. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. §1331, and is one that may be removed to this Court by the Defendant/Petitioner pursuant to the provisions of 28 U.S.C. §1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

5. This Petition for Removal is filed with this Court within thirty (30) days after service on Defendants/Petitioners of the Complaint in the above-styled action and is, therefore, timely pursuant to 28 U.S.C. §1446(b).

WHEREFORE, Defendant prays that the above entitled action be removed from the County Court in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida for all further proceedings.

Respectfully submitted,

*[signature]*

Dale T. Golden, Esquire
FBN 0094080
Charles J. McHale, Esquire
FBN 0026555
**GOLDEN & SCAZ, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
813-251-5500 (p)
813-251-3675 (f)
dale.golden@goldenscaz.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail to Paul R. Fowkes, Esq. and Ryan c. Hasanbasic, Esq. 2203 N. Lois Avenue, Suite 830, Tampa, FL 33607, this 25th day of February, 2013.

*[signature]*

Dale T. Golden, Esquire
FBN 0094080
Charles J. McHale, Esquire
FBN 0026555